## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOEL RABIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 17-cv-93-GKH-FHM |
| | ) | |
| v. | ) | |
| | ) | |
| BARTLESVILLE DEVELOPMENT | ) | |
| AUTHORITY, | ) | |
| | ) | |
| BARTLESVILLE INVESTMENT | ) | |
| PARTNERS, LLC, and | ) | |
| | ) | |
| GBT REALTY CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL
## (WITH PREJUDICE)

Plaintiff Joel Rabin and Defendants Bartlesville Investment Partners, LLC; GBT Realty Corporation; and Bartlesville Development Authority, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement between them, to the Dismissal With Prejudice of this action, thereby concluding this matter in its entirety.

**SO STIPULATED**, this the 3rd day of October, 2017.

Respectfully submitted,

*/s/ Jason B. Aamodt*
Jason B. Aamodt, OBA No.16974
Krystina E. Phillips OBA No. 30111

1

Dallas L.D. Strimple OBA No. 30226
Matthew D. Alison OBA No. 32723
INDIAN AND ENVIRONMENTAL
LAW GROUP, PLLC
9 East 4th St. S., Suite 204
Tulsa, Oklahoma 74103
Tel: (918) 347-6169

*Attorneys for Joel Rabin*

and

*/s/ S. Douglas Dodd*
S. Douglas Dodd, OBA No. 2389
Linda C. Martin, OBA No. 5732
Michael S. Linscott, OBA No. 17266
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
Tel: (918) 582-1211

*Attorneys for Bartlesville Development
Authority, Bartlesville Investment
Partners, LLC and GBT Realty
Corporation*